**Motion Granted and Order filed October 31, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00323-CV
_____

**RICHARD LANCE BOWE, Appellant**

**V.**

**SAMANATHA MARIE BOWE, Appellee**

---

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2005-12087A**

---

## O R D E R

Appellant Richard Lance Bowe filed a motion asking this court to direct the Harris County District Clerk to supplement the clerk's record in this appeal per his written requests in cause numbers 2005-12087, 2015-77061, and 2015-47671. *See* Tex. R. App. P. 34.5(c)(1) (permitting party to direct trial court clerk to prepare, certify, and file supplemental clerk's record). The certificate of conference states that certain parties oppose the motion and another party did not respond to

appellant's request for conference. The motion has been pending for more than 10 days, and no response has been filed. *See* Tex. R. App. P. 10.3(a).

The motion is GRANTED. The Harris County District Clerk is ordered to supplement the clerk's record in this appeal per appellant's requests at appellant's cost. *See* Tex. R. App. P. 35.3(a)(2). The supplemental clerk's record shall be filed in this court on or before **November 14, 2019**.

Nothing in this order should be construed as a conclusion by this court that any document in the supplemental clerk's record is relevant to or should be considered in this appeal.

PER CURIAM

Panel consists of Justices Christopher, Spain, and Poissant.